```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
CYBER MEDIA GROUP, INC., et al.,

        Plaintiffs,

    -against-                          ORDER ADOPTING MAGISTRATE
                                       REPORT AND RECOMMENDATION
ISLAND MORTGAGE, et al.,                   00-CV-4026(JS)(JO)

        Defendants.
----------------------------------x
```

Appearances:
For Plaintiffs:         Scott B. Fisher, Esq.
                        Jaspan, Schlesinger & Hoffman, LLP
                        300 Garden City Plaza
                        Garden City, New York 11530

For Defendants:         No appearance

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge James Orenstein, dated September 6, 2005 ("September Recommendation"), to which no party has objected, the Court hereby ADOPTS the September Recommendation in its entirety.

Judge James Orenstein recommends, on consent of Defendant Paul Skulsky, that his Answer be struck and a default judgment be entered against him. Further, Judge James Orenstein recommends awarding damages in accordance with Chief Magistrate Judge Michael L. Orenstein's Report and Recommendation, dated June 24, 2003. The Court filed the September Recommendation electronically and deemed it served on the parties. Any objections were to filed within 10 days of service or the right to appeal would be waived. The docket indicates that, to date, no objections have been filed. As no

party has filed objections to the September Recommendation, all objections are hereby deemed to have been waived.

Accordingly, the Court ADOPTS the Report and Recommendation in its entirety.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
September 20, 2005